UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL J. BRITAIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-519** |
| **STATE OF LOUISIANA** | **SECTION "A"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that the petition of Daniel J. Britain for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 28th day of March, 2016

_____
UNITED STATES DISTRICT JUDGE